IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONTONIO DIAZ THORTON,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5279

Opinion filed May 2, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Bruce A. Miller, Public Defender, and Alice F. Harris, Assistant Public Defender, Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, and David Llanes, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      Petitioner is granted a belated appeal of the August 24, 2016, judgment and sentence in Escambia County Circuit Court case number 2014-CF-004289-A. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P.

9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

ROBERTS, C.J., MAKAR, and JAY, JJ., CONCUR.